1
2
3
4
5
6
7
8
9
10          **UNITED STATES DISTRICT COURT**
11          **EASTERN DISTRICT OF CALIFORNIA**
12

13  RICHARD FLORES,                          **1:14-cv-1005  BAM**
14              Plaintiff,
15       v.                                  **ORDER RE: CONSENT FORM**
16
17  COMMISSIONER OF SOCIAL
    SECUIRTY,
18
                Defendant.
19

On March 6, 2015, this Court issued an Order to Show Cause (Doc. 6) and ordered that Plaintiff complete a consent form indicating whether he would consent to the assignment of a magistrate judge to his case. Plaintiff filed the form, however, a review of the document reveals that it is not complete. (Doc. 10). Although Plaintiff signed the form indicating that he would consent to magistrate judge jurisdiction, he did not check the box indicating this same designation. As per the directions on the form, Plaintiff must complete **both** portions of the form. Accordingly, the Clerk of the Court is direct to serve this order, along with a blank Consent to the

1

Jurisdiction of the United States Magistrate Judge form on Plaintiff at the following address:

4888 E. Florence<br>Fresno, California 93725

Plaintiff shall *fully* complete the form and file it **no later than May 29, 2015**. Failure to fully complete this form as ordered may result in dismissal of this action.

IT IS SO ORDERED.

Dated: **May 12, 2015**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE