BENJAMIN B. WAGNER
United States Attorney
DEBORAL LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RICHARD P. FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-CV-01005-LJO-BAM<br><br>ORDER GRANTING MOTION FOR AN EXTENSTION OF TIME NUNC PRO TUNC<br><br>(Doc. 19) |

Defendant, through her undersigned counsel, moves for a sixty-one (61) day extension of time from August 14, 2015 to October 14, 2015 to serve the administrative record on Plaintiff. Defendant filed an electronic copy with the Court, but inadvertently did not serve Pro Se Plaintiff Richard P. Flores with a copy through the mail.

On October 14, 2015, Defendant's counsel contacted Plaintiff via telephone to request an extension, but he would not stipulate to an extension of time.

Counsel further moves that the Court's scheduling order be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Dated:  October 14, 2015　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　By　　　/s/  Chantal R. Jenkins_____
　　　　　　　　　　　　　　　　　　　　CHANTAL R. JENKINS
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

### ORDER

Having considered Defendant's moving papers, and finding a response unnecessary, IT IS HEREBY ORDERED that, for good cause shown, Defendant's request for an extension of time to October 14, 2015, to serve the administrative record by mail on Plaintiff Richard P. Flores, proceeding pro se, is GRANTED NUNC PRO TUNC.  Plaintiff will not be prejudiced by the absence of a response to the motion or by the brief extension of time.  All other deadlines set forth in the July 7, 2014 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

　　　Dated:   **October 16, 2015**　　　　　　　　/s/ Barbara A. McAuliffe_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE