# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:14-cv-1005 DAD-BAM<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE BRIEF<br><br>**RESPONSE BRIEF DUE May 9, 2016**<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

The Court previously ordered pro se Plaintiff Richard Flores to show cause why his case should not be dismissed for his failure to file an opening brief. (Doc. 23).  In response to the order to show cause, Plaintiff filed a declaration with the Court stating that he is seeking retroactive disability benefits based on a disability beginning in October 2009.  (Doc. 24). Plaintiff also directs the Court to the "additional medical records" filed on April 21, 2015 in support of his appeal. (Doc. 9).  The Court concludes that Plaintiff has filed all the briefing he intends to file in support of his appeal, and that Defendant's response to the briefing is now due.

Accordingly, within **30 days from the date of this order**, Defendant is ORDERED to file a response to Plaintiff's briefing.

Having considered Plaintiff's response, the Court's Order to Show Cause (Doc. 23), is HEREBY DISCHARGED.

IT IS SO ORDERED.

   Dated:   **April 8, 2016**               /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE